# UNITED STATES DISTRICT COURT
# SOUTHERN OF OHIO

| | | |
|---|---|---|
| **LAURIE DEWINE,** | : | Case No. 1:20-cv-939 |
| | : | |
| Plaintiff, | : | **Judge Matthew W. McFarland** |
| v. | : | |
| | : | |
| **HEARING HEALTH MI, LLC, et al.,** | : | |
| | : | **STIPULATION OF DISMISSAL** |
| Defendants. | : | **WITH PREJUDICE** |
| | : | |

Pursuant to Federal Rule of Civil Procedure 41 (a) (1) (A) (ii), the above matter is dismissed with prejudice and with each party bearing its own costs.

| | |
|---|---|
| s/ David Torchia | s/ Joseph W. Borchelt (per auth.) |
| David Torchia (0015962) | Joseph W. Borchelt (0075387) |
| Tobias, Torchia & Simon | Reminger Co., L.P.A. |
| 120 E. Fourth Street, Suite 302 | 525 Vine St., Suite 1500 |
| Cincinnati, OH 45202 | Cincinnati, Ohio 45202 |
| Phone: (513) 241-8137 | Phone: (513) 721-1311 |
| Fax (513) 241-7863 | Fax: (513) 721-2533 |
| davet@tktlaw.com | Email: jborchelt@reminger.com |
| Attorney for Plaintiff | Attorney for Defendants |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was electronically filed on October 11, 2022 and will be served via the CM/ECF system upon Joseph W. Borchelt, Esq., Reminger Co., L.P.A., 525 Vine St., Suite 1500, Cincinnati, OH 45202.

s/ David Torchia
David Torchia
